UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DEBBIE L. HOLLAND, | Civil No. 3:11-cv-05646-KLS |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to a new Administrative Law Judge (ALJ) to: (1) further develop the record and issue a new decision; (2) reevaluate the medical opinions of record, including the 2005 and 2007 medical opinions of Jessy Ang, M.D., the 2004 medical opinion of Jeffrey Hart, M.D., and the 2004 declaration of Cheryl Hayes, M.D., providing legally sufficient reasons for accepting or rejecting these opinions; (3) reevaluate Plaintiff's subjective symptom complaints; (4) reevaluate Plaintiff's residual functional capacity; and (5) reevaluate steps four and five of the sequential

Page 1      ORDER - [3:11-cv-05646-KLS]

evaluation, with the assistance of a vocational expert, if necessary. Plaintiff may also present new arguments and further medical evidence, if such evidence becomes available.

This case is reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 30th day of January, 2012.

Karen L. Strombom
United States Magistrate Judge

Presented By:

s/ Kathryn A. Miller
KATHRYN A. MILLER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2240
Fax: (206) 615-2531
kathryn.a.miller@ssa.gov