UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATLLE DIVISION

| | |
|---|---|
| DEBBIE L. HOLLAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:11-cv-05646-KLS<br><br><br><br>JUDGMENT |

IT IS ORDERED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on  January 30,  2012.  JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 30th day of January, 2012.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

Page 1    JUDGMENT - [3:11-cv-05646-KLS]